**Samuel L. SCOTT, Plaintiff–Appellant**

v.

**ANHEUSER–BUSCH, INCORPORATED, Defendant–Appellee.**

No. 11–20542
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 17, 2011.

Samuel L. Scott, Richmond, TX, pro se.

Joseph G. Galagaza, Esq., Virginia Mixon Swindell, Jackson Lewis, L.L.P., Houston, TX, for Defendant–Appellee.

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed for these reasons:

The district judge committed no error in denying default judgment, regardless of

the timeliness of the defendant's response. And Mr. Scott was bound by his agreement to mediate and arbitrate his complaint. He is entitled to proceed to urge his complaint by that method.

AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.